IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CIJAE HOLLINS, )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>DU QUOIN IMPACT INCARCERATION)<br>PROGRAM SUPERINTENDENT and)<br>UNKNOWN PARTY 4, )<br>)<br>    Defendants. ) | Case No. 3:14-cv-1306-NJR-DGW |

**ORDER**

**WILKERSON, Magistrate Judge:**

On April 9, 2015, this Court issued an Order directing the following:

1. Plaintiff shall provide Defendant Henton, and file with the Court, identifying information for the Unknown Party 4 (i.e. badge number, shift, time and date of alleged incident/encounter, physical descriptions, etc.) by **April 23, 3015**.

2. Defendant Henton shall provide Plaintiff, and submit a notice to the Court, the names Unknown Party 4 by **May 7, 2015**.

3. Plaintiff shall file a motion to amend the complaint along with a proposed amended complaint, naming the identified Unknown Party 4, by **May 28, 2015**.

Plaintiff failed to comply with the order. He did not provide a description of the unknown party and failed to file a motion to amend the complaint by the May 28, 2015 deadline.

On July 2, 2015, this Court Ordered Plaintiff to Show Cause why this matter should not be dismissed for want of prosecution (Doc. 19). In response, Plaintiff acknowledged receipt of the July 2, 2015 Order and states that the unknown officer is named in an internal affairs complaint form which is retained by the prison. Plaintiff further states that he does not know the name or badge number of the unknown party. Plaintiff does not, however, state why he failed to comply with the April 9, 2015 Order and still has not provided a physical description of the unknown

party.

Plaintiff is hereby given one final opportunity to provide descriptive information as to the unknown party.

**IT IS THEREFORE ORDERED** that Plaintiff **SHALL** file with the Court a description if Unknown Party 4 that includes the time that he interacted with the officer and a physical description of the officer (race, age, height, weight, etc.). Plaintiff shall file this information by **November 6, 2015.** If Plaintiff does not know this information, he shall so indicate in his filing. Defendant is further **ORDERED** to use the information contained in Document 20 and the information that Plaintiff will file on November 6, 2015 to identify the unknown party, if possible. Defendant shall file a notice with the Court indicating the unknown party's name, or that he cannot be identified based on the information provided by Plaintiff by **November 13, 2015.**

**<u>Plaintiff is again WARNED that the failure to comply with this Order SHALL result in a report and recommendation that this matter be dismissed for the failure to prosecute.</u>**

**IT IS SO ORDERED.**

**DATED: October 26, 2015**

                                                  **DONALD G. WILKERSON**
                                                  **United States Magistrate Judge**